UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY VIGEANT, | ) | CASE NO. CV 15-628-GW (PJW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINAL REPORT AND |
| | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) | AND RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE, AND |
| JEFF MACOMBER, WARDEN, | ) | DENYING CERTIFICATE OF |
| | ) | APPEALABILITY |
| Respondent. | ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Final Report to which Petitioner has objected. The Court accepts the Final Report and adopts the findings, conclusions, and recommendations of the Magistrate Judge.[1]

Further, for the reasons stated in the Final Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and,

---

[1] The Court notes that there is a typo on page 21, line 18 of the Final Report wherein the magistrate judge refers to "Hernandez" instead of "Pettigrew." Other than that, the Court accepts the Final Report and Recommendation as written.

therefore, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED: Jan. 16, 2019.

                                         _____
                                         GEORGE H. WU
                                         UNITED STATES DISTRICT JUDGE

C:\Users\gwu\AppData\Local\Temp\notes96BF68\Order accep final r&r.wpd